**Josette M. MILLS, Plaintiff— Appellant,**

v.

**Hector BARRETO, Administrator; U.S. Small Business Administration; Charles Gaston; Betty Verser; Jimmie Anderson; Thomas Tolan, Defendants—Appellees.**

No. 04–1705.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 28, 2005.

Decided March 17, 2005.

Belva D. Newsome, Washington, D.C., for Appellant. Paul J. McNulty, United States Attorney, Robert P. McIntosh, Assistant United States Attorney, Richmond, Virginia, for Appellees.

Before NIEMEYER, WILLIAMS, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Josette M. Mills appeals the district court's orders granting summary judgment to Defendants in this action arising under the Rehabilitation Act and denying Mills' motion for reconsideration. We have reviewed the record and briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Mills v. Barreto*, No. CA–03–735 (E.D. Va. Mar. 8, 2004, and Apr. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*